RECVD 23MAR02PM0205MIDGAMAC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

**LILLIE M. MIDDLEBROOKS, HEIR OF SHIRLEY HILL MIDDLEBROOKS**

**Plaintiff,**

**vs.**

**CITY OF MACON-BIBB COUNTY, GEORGIA,**

**ERICA L. WOODFORD, individual capacity as Clerk, Superior Court of Bibb County,**

**TAMIKA BURNETT, individual capacity as Chief of Real Estate Department, Macon-Bibb County Government,**

**MACON-BIBB COUNTY BOARD OF TAX ASSESSORS OFFICE**

**ANDREA CRUTCHFIELD, individual capacity as Chief Appraiser, Macon-Bibb County Board of Tax Assessors**

**JODY CLABORN, individual capacity as Deputy Chief Appraiser, Macon-Bibb County Board of Tax Assessors**

**JENNIFER MITCHELL, individual capacity as Residential Appraiser I, Macon-Bibb County Board of Tax Assessors**

**MACON-BIBB COUNTY TAX COMMISSIONER OFFICE**

CIVIL ACTION FILE NO.:
5:23-CV-00083-TES

**COMPLAINT FOR DAMAGES**

1. Due Process (42 U.S.C. § 1983)
2. Municipal Liability for Unconstitutional Custom, Practice, or Policy (42 U.S.C. § 1983)
3. Municipal Liability for Failure to train (42 U.S.C. § 1983)
4. Breach of Contract
5. Promissory Estoppel

**DEMAND FOR JURY TRIAL**

1

**SAMUEL WADE MCCORD, individual capacity as Tax Commissioner, Macon-Bibb County,**

**CHERYL LEE, individual capacity as Supervisor, Macon-Bibb County Tax Commissioner Office**

**Defendants.**

## **COMPLAINT FOR DAMAGES**

1.  COMES NOW, Lillie M. Middlebrooks, appearing *pro se*, hereby files a Complaint against the City of Macon-Bibb County, Georgia, Erica L. Woodford, Tamika Burnett, Andrea Crutchfield, Jody Claborn, Jennifer Mitchell of the Macon-Bibb County Board of Tax Assessors, Macon-Bibb County Tax Commissioner Office, Samuel Wade McCord, and Cheryl Lee alleges as follows:

## **PRELIMINARY STATEMENT**

2.  This civil action complaint seeks compensatory damages for Defendants' wrongful deprivation of Plaintiff's property. Plaintiff alleges that all Defendants acted under color of state law and violated Plaintiff's rights under the Fourteenth Amendment to the Constitution of the United States when all Defendants unlawfully transferred Plaintiff's house, land, title, property, and deed to Sherlice Morgan without granting Plaintiff due process of law.

**JURISDICTION**

3.      This Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§1331 and 1343(3) in that the controversy arises under the United States Constitution and under 42 U.S.C. § 1983.

**VENUE**

4.      Venue is proper in this Court under 28 U.S.C. § 1391(b), because all Defendants reside in this judicial district and each and all of the acts alleged herein were done by Defendants, their officers, agents, and employees, under color and pretense of the statutes, ordinances, regulations, customs, policies, and usages of the Superior Court of Bibb County Clerk's Office, the Real Estate Department of Macon-Bibb County Government, the Macon-Bibb County Board of Tax Assessors Office, and the Macon-Bibb County Tax Commissioner Office.

**PARTIES**

5.      Plaintiff, Lillie M. Middlebrooks is an adult individual who currently resides in Northwest Georgia of the State of Georgia.

6.      City of Macon-Bibb County, Georgia is a municipal entity located in the State of Georgia; within the territorial jurisdiction of this court. As a local governmental entity, the City of Macon-Bibb County, Georgia has a duty and obligation to assure that its records management operation as to public records conveying ownership of land and real estate property in the Real Estate Department of Macon-Bibb County Government and in the Macon-Bibb County

3

Board of Tax Assessors Office complies with O.C.G.A. § 44-5-30. The City of Macon-Bibb County, Georgia is being sued for depriving Plaintiff's ownership of Plaintiff's house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia without due process of law.

7.     Erica L. Woodford, Clerk for the Superior Court of Bibb County is the recorder of deeds for Macon-Bibb County, Georgia.  As a keeper of public records, Erica L. Woodford has the duty and the obligation to carry out the ministerial act of obeying O.C.G.A. § 44-5-30 for accepting, filing, recording, and maintaining deeds conveying ownership of land and real estate property in Macon-Bibb County, Georgia.  Erica L. Woodford is being sued in her individual capacity for depriving Plaintiff's ownership of Plaintiff's house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia without due process of law.

8.     Tamika Burnett, Chief of Real Estate Department of Macon-Bibb County Government has the duty and the obligation to carry out the ministerial act of obeying O.C.G.A. § 44-5-30 for accepting, filing, recording, and maintaining deeds conveying ownership of land and real estate property in Macon-Bibb County, Georgia.  Tamika Burnett is being sued in her individual capacity for depriving Plaintiff's ownership of Plaintiff's house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia without due process of law.

4

9.     Macon-Bibb County Board of Tax Assessors Office is the agency charged with the responsibility of establishing the fair market value of property for ad valorem taxation purposes.  The Macon-Bibb County Board of Tax Assessors Office has the duty and the obligation to carry out the ministerial act of obeying O.C.G.A. § 44-5-30 for accepting, filing, recording, and maintaining deeds conveying ownership of land and real estate property in the Macon-Bibb County Board of Tax Assessors Office. Macon-Bibb County Board of Tax Assessors Office is being sued for depriving Plaintiff's ownership of Plaintiff's house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia without due process of law.  The staff and employees of the Macon-Bibb County Board of Tax Assessors Office are employees of the Macon-Bibb County government. See O.C.G.A. § 48-5-262(b); see Macon-Bibb County Code of Ordinances, Section 26-28.

10.     Andrea Crutchfield, Chief Appraiser for the Macon-Bibb County Board of Tax Assessors Office has the duty and the obligation to carry out the ministerial act of obeying O.C.G.A. § 44-5-30 for accepting, filing, recording, and maintaining deeds conveying ownership of land and real estate property in the Macon-Bibb County Board of Tax Assessors Office. Andrea Crutchfield is being sued in her individual capacity for depriving Plaintiff's ownership of Plaintiff's house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia without due process of law.

11.    Jody Claborn, Deputy Chief Appraiser for the Macon-Bibb County Board of Tax Assessors Office has the duty and the obligation to carry out the ministerial act of obeying O.C.G.A. § 44-5-30 for accepting, filing, recording, and maintaining deeds conveying ownership of land and real estate property in the Macon-Bibb County Board of Tax Assessors Office. Jody Claborn is being sued in his individual capacity for depriving Plaintiff's ownership of Plaintiff's house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia without due process of law.

12.    Jennifer Mitchell, Residential Appraiser I for the Macon-Bibb County Board of Tax Assessors Office has the duty and the obligation to carry out the ministerial act of obeying O.C.G.A. § 44-5-30 for accepting, filing, recording, and maintaining deeds conveying ownership of land and real estate property in the Macon-Bibb County Board of Tax Assessors Office. Jennifer Mitchell is being sued in her individual capacity for depriving Plaintiff's ownership of Plaintiff's house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia without due process of law.

13.    Macon-Bibb County Tax Commissioner Office serves as an agent for the city and the county that bills and collects ad valorem taxes due on real and personal property, mobile homes, motor vehicles, timber, and utilities.

14.    for the registration of motor vehicles and performing all functions relating to billing, collecting, disbursing, and accounting for ad valorem taxes

6

collected in the county. The Macon-Bibb County Tax Commissioner Office has the duty and the obligation to carry out the ministerial act of obeying O.C.G.A. § 44-5-30 for accepting, filing, recording, and maintaining deeds conveying ownership of land and real estate property in the Macon-Bibb County Tax Commissioner Office. The Macon-Bibb County Tax Commissioner Office is being sued for breach of contract and is being sued for depriving Plaintiff's ownership of Plaintiff's house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia without due process of law.

15.    Samuel Wade McCord, Tax Commissioner for Macon-Bibb County has the duty and the obligation to carry out the ministerial act of obeying O.C.G.A. § 44-5-30 for accepting, filing, recording, and maintaining deeds conveying ownership of land and real estate property in the Macon-Bibb County Tax Commissioner Office. Samuel Wade McCord is being sued in his individual capacity for depriving Plaintiff's ownership of Plaintiff's house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia without due process of law.

16.    Cheryl Lee, Supervisor for Macon-Bibb County Tax Commissioner Office has the duty and the obligation to carry out the ministerial act of obeying O.C.G.A. § 44-5-30 for accepting, filing, recording, and maintaining deeds conveying ownership of land and real estate property in the Macon-Bibb County Tax Commissioner Office.  Cheryl Lee is being sued in her individual capacity for

breach of contract and is being sued for depriving Plaintiff's ownership of Plaintiff's house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia without due process of law.

## **FACTS COMMON TO ALL CLAIMS FOR RELIEF**

17.    Shirley Hill Middlebrooks is the record owner of the real property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia having a Tax Map/Route Number of P094-0277 and a Tax Map Code Number of 406.4.

18.    Shirley Hill Middlebrooks whose place of domicile was 579 Villa Esta Circle, Macon-Bibb County, Georgia died interstate (without a will) on July 17, 2015, owning the property as legally described below:

> All that certain property situated and being in the City of Macon, Bibb County, Georgia being part of Lot 4 of the J.W. McCook Property, according to a plat recorded in Plat Book 83, Page 393, Clerk's Office, Bibb Superior Court; and more particularly described as following: Commencing at a point on the north line of Villa Esta Circle, that is 212 feet easterly of the east line of Villa Esta Circle; running thence easterly along Villa Esta Circle a distance of 68 feet; thence northerly along the line dividing Lots 4 and 5, said subdivision, a distance 134.5 feet to a point; thence westerly along the rear line of said Lot 4 a distance of 68 feet; thence southerly and parallel to the line dividing Lots 3 and 4, said subdivision, a distance of 134.5 feet to the point of beginning. According to the present system of numbering, being known as 579 Villa Esta Circle, Macon, Bibb County, Georgia. Being the same property described in a deed dated September 3, 1980 and recorded in Deed Book 1389, page 73, in the Clerk's Office of the Superior Court of Bibb County.

19.    When Shirley Hill Middlebrooks purchased the real estate property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia, Shirley Hill

Middlebrooks made sure that the deed extended the sale of the property to Shirley Hill Middlebrooks and to the heirs of Shirley Hill Middlebrooks.

20.     Because Shirley Hill Middlebrooks's deed extends ownership of Shirley Hill Middlebrooks's house, land, and property to Shirley Hill Middlebrooks's heirs, then Shirley Hill Middlebrooks's heirs at law are the owners to Shirley Hill Middlebrooks's real estate property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia.

21.     Shirley Hill Middlebrooks's heirs at law are Deidra C. Middlebrooks-Perlitz and Lillie M. Middlebrooks both residing in the State of Georgia.

22.     Shirley Hill Middlebrooks has no heirs of the same degree as defined by O.C.G.A. § 53-2-1 except for Deidra C. Middlebrooks-Perlitz and Lillie M. Middlebrooks.

23.     Because Shirley Hill Middlebrooks's deed extends ownership of Shirley Hill Middlebrooks's title to Shirley Hill Middlebrooks's heirs, Shirley Hill Middlebrooks's real estate property automatically passes to Shirley Hill Middlebrooks's heirs by operation of law without the need of a will, a new deed, or a court order from a probate court.

24.     Heir property ownership in the State of Georgia is straightforward.

25.     Under Georgia law, heir property is land held in common by decedents of someone who has died without a valid will.

26.     Under Georgia law, when a landowner dies without a valid will, the person is said to have died "interstate" and the property owned by the deceased at death is known as interstate property.

27.     Under Georgia law, when a Georgia landowner dies interstate, title to the deceased's interstate property automatically passes to the Georgia landowner's heirs by operation of law without the need of a will, a new deed, or a court order from a probate court.

28.     The Georgia landowner's heirs then automatically own the deceased's real property as tenants in common by operation of law in the State of Georgia.

29.     Under Georgia law, when interstate property is automatically passed down to a Georgia landowner's heirs, the land may remain in the deceased's landowner name indefinitely.

30.     Under Georgia law, as a tenant in common, each qualified heir has the right to use, possess, and own all real property inherited as interstate property from a decedent.

31.     Therefore, on July 17, 2015 and as heirs of Shirley Hill Middlebrooks, Deidra C. Middlebrooks-Perlitz and Lillie M. Middlebrooks automatically became the landowners to the house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia  by operation of law without the need of a will, a new deed, or a  court order from a probate court.

10

32.    At all relevant times, Plaintiff had possession and control of the house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia from 2015 to 2021 through a chained locked gate located at the driveway entrance of 579 Villa Esta Circle, Macon-Bibb County, Georgia through bars on the windows of the house located at 579 Villa Esta Circle, Macon-Bibb County, Georgia, through a locked screen door on the front door and through a locked screen door on the back door on the house located at 579 Villa Esta Circle, Macon-Bibb County, Georgia.

33.    On June 18, 2021, Plaintiff made an in person visit to the Macon-Bibb County Tax Commissioner Office to pay Shirley Hill Middlebrooks's outstanding property taxes to Samuel Wade McCord in the amount of $6,363.32.

34.    On June 18, 2021 in the Macon-Bibb County Tax Commissioner Office, Plaintiff discovered that on March 15, 2021, Sherlice Morgan of 557 Villa Esta Circle, Macon-Bibb County, Georgia recorded a notarized quit claim deed in the Superior Court of Bibb County attesting under oath that on January 7, 2021, Shirley Hill Middlebrooks executed a quit claim deed selling Shirley Hill Middlebrooks's house located at 579 Villa Esta Circle, Macon-Bibb County, Georgia to Sherlice Morgan for $1 notwithstanding the fact that Shirley Hill Middlebrooks passed away on July 17, 2015 and cannot execute the signing of a quit claim deed after the date of Shirley Hill Middlebrooks's death.

35.    Notwithstanding the death of Shirley Hill Middlebrooks, Sherlice Morgan filed the fraudulent quit claim deed, on March 15, 2021 and the Superior Court of Bibb County Clerk's Office recorded Sherlice Morgan's quit claim in Deed Book 10825, Pages 1, 2, 3, 4, in the Clerk's Office at the Superior Court of Bibb County. See Exhibit A. See Exhibit B.

36.    On June 18, 2021, Plaintiff informed Cheryl Lee, a Tax Supervisor at the Macon-Bibb County Tax Commissioner Office, that Sherlice Morgan was not the property owner of the house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia because Sherlice Morgan forged a dead person's signature on a quit claim deed to illegally steal the house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia.

37.    On June 18, 2021, Plaintiff requested the Macon-Bibb County Tax Commissioner Office to not put the house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia into Sherlice Morgan's name because Deidra C. Middlebrooks-Perlitz and Lillie M. Middlebrooks are the property owners to the house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia because Shirley Hill Middlebrooks's deed extends ownership of Shirley Hill Middlebrooks's title to Shirley Hill Middlebrooks's heirs.

38.    On June 18, 2021, Cheryl Lee of the Macon-Bibb County Tax Commissioner Office acknowledged to Lillie M. Middlebrooks that the Tax

Commissioner Samuel Wade McCord had researched and determined that Deidra Perlitz and Lillie Middlebrooks are the heirs to Shirley Hill Middlebrooks's property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia.

39.    Samuel Wade McCord's attorney named Cater C. Thompson completed a detailed investigation and Cater C. Thompson determined that Shirley Hill Middlebrooks died on July 17, 2015 and determined that Deidra Perlitz and Lillie Middlebrooks are the heirs to Shirley Hill Middlebrooks's property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia because Cater C. Thompson contacted Lillie M. Middlebrooks in Cartersville, Georgia to inform Lillie M. Middlebrooks that outstanding taxes were do to be paid on Lillie M. Middlebrooks's deceased mother house located at 579 Villa Esta Circle, Macon-Bibb County, Georgia.

40.    On June 18, 2021, Cheryl Lee of the Macon-Bibb County Tax Commissioner Office assured Plaintiff that if Plaintiff paid the outstanding property tax fees to Shirley Hill Middlebrooks's property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia then the Macon-Bibb County Tax Commissioner Office would keep Shirley Hill Middlebrooks's property tax records for the property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia in Shirley Hill Middlebrooks's name.

41.    Needless to say on June 18, 2021, Plaintiff paid Shirley Hill Middlebrooks's outstanding property taxes in the amount of $6,363.32 to the Macon-Bibb County Tax Commissioner Office.

42.    Thereinafter, Cheryl Lee of the Macon-Bibb County Tax Commissioner Office instructed Plaintiff to go the Clerk's Office of the Superior Court of Bibb County and request for the Superior Court of Bibb County to cancel and to expunge Sherlice Morgan's quit claim deed from the Superior Court of Bibb County's deed book because Samuel Wade McCord's attorney named Cater C. Thompson completed a detailed investigation and determined that Deidra Perlitz and Lillie Middlebrooks are the heirs to Shirley Hill Middlebrooks's property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia.

43.    Thereinafter, on June 18, 2021, Plaintiff made an in person visit to the Superior Court of Bibb County Clerk's Office and requested to speak with a supervisor regarding Sherlice Morgan's fraudulent filing of a quit claim deed to steal real estate property from Lillie M. Middlebrooks.

44.    On June 18, 2021, Plaintiff presented the supervisor in the Superior Court of Bibb County Clerk's Office with a copy of Sherlice Morgan's quit claim deed that Plaintiff received from the Macon-Bibb County Tax Commissioner Office.

45.    Thereinafter on June 18, 2021, Plaintiff informed the supervisor in the Superior Court of Bibb County Clerk's Office, that Sherlice Morgan filed a

14

fraudulent quit claim deed in the Superior Court of Bibb County Clerk's Office where Sherlice Morgan forged Plaintiff's deceased mother signature on a quit claim deed to steal Plaintiff's deceased mother house from Plaintiff.

46.    On June 18, 2021, Plaintiff requested the supervisor in the Superior Court of Bibb County Clerk's Office to cancel and expunge Sherlice Morgan's quit claim deed from the Superior Court of Bibb County's deed book because Sherlice Morgan's quit claim deed did not meet the requirements to be recorded in the State of Georgia as enunciated in O.C.G.A. § 44-5-30.

47.    On June 18, 2021, Plaintiff further asked the supervisor in the Superior Court of Bibb County Clerk's Office if the Superior Court of Bibb County screened quit claim deeds for compliance with O.C.G.A. § 44-5-30 prior to recording quit claims deeds in the Superior Court of Bibb County's deed book to transfer ownership of real estate property in Macon-Bibb County, Georgia.

48.    On June 18, 2021, the supervisor in the Superior Court of Bibb County Clerk's Office refused to cancel and refused to expunge Sherlice Morgan's fraudulent quit claim deed from the Superior Court of Bibb County's deed book and informed Plaintiff that quit claims deeds are not screened in the Superior Court of Bibb County Clerk's Office because as long as Sherlice Morgan paid the filing fees to record the quit claim deed, then Sherlice Morgan's quit claim deed could be recorded with the recorder of deeds for Macon-Bibb County, Georgia.

49.    Plaintiff then asked the supervisor in the Superior Court of Bibb County Clerk's Office did the Clerk's Office at the Superior Court of Bibb County have any internal operating procedures for the Plaintiff to challenge the Superior Court of Bibb County Clerk's recording of Sherlice Morgan's fraudulent quit claim deed to steal Plaintiff's house from Plaintiff.

50.    The supervisor in the Superior Court of Bibb County Clerk's Office informed Plaintiff that the Superior Court of Bibb County's Clerk did not have any internal operating procedures for the Plaintiff to challenge the Superior Court of Bibb County Clerk's recording of Sherlice Morgan's quit claim deed in the Superior Court of Bibb County Clerk's Office.

51.    Thereinafter, Plaintiff filed a police report with the Macon-Bibb County Sheriff's Office because Sherlice Morgan stole the house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia and because Sherlice Morgan forged a dead person's signature on a quit claim deed to have Shirley Hill Middlebrooks's house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia illegally put into Sherlice Morgan's name.

52.    Plaintiff also filed a police report with the Macon-Bibb County Sheriff's Office because Sherlice Morgan committed a crime as enunciated by O.C.G.A. § 44-2-43 when Sherlice Morgan filed and recorded a fraudulent quit claim deed in the Superior Court of Bibb County Clerk's Office to illegally have

Shirley Hill Middlebrooks's house, land, and property located at 579 Villa Esta

Circle, Macon-Bibb County, Georgia illegally put into Sherlice Morgan's name.

53.    A copy of Plaintiff's police report may be obtained from the Macon-

Bibb County Sheriff's Office under report number 2021-52603.

54.    After recording Sherlice Morgan's quit claim deed in Deed Book

10825, Pages 1, 2, 3, 4, in the Clerk's Office at the Superior Court of Bibb

County, Erica L. Woodford and Tamika Burnett forwarded Sherlice Morgan's quit

claim deed to the Macon-Bibb County Board of Tax Assessors Office and to the

Macon-Bibb County Tax Commissioner Office. See Exhibits A, B, C, D.

55.    Thereinafter, the Macon-Bibb County Board of Tax Assessors Office,

Andrea Crutchfield, Jody Claborn, and Jennifer Mitchell retrieved Sherlice

Morgan's quit claim deed and Andrea Crutchfield, Jody Claborn, and Jennifer

Mitchell put Plaintiff's house, land, and property located at 579 Villa Esta Circle,

Macon-Bibb County, Georgia into Sherlice Morgan's name in the Macon-Bibb

County Board of Tax Assessors' Office notwithstanding the fact that Sherlice

Morgan's quit claim deed did not meet the requirements to be recorded in the State

of Georgia as enunciated in O.C.G.A. § 44-5-30. See Exhibit C.

56.    Thereinafter, the Macon-Bibb County Tax Commissioner Office,

Samuel Wade McCord and Cheryl Lee retrieved Sherlice Morgan's quit claim

deed and Samuel Wade McCord and Cheryl Lee Mitchell put Plaintiff's house,

land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia

into Sherlice Morgan's name in the Macon-Bibb County Tax Commissioner Office

notwithstanding the fact that Sherlice Morgan's quit claim deed did not meet the

requirements to be recorded in the State of Georgia as enunciated in O.C.G.A. §

44-5-30 and notwithstanding the fact that the Macon-Bibb County Tax

Commissioner Office  and Cheryl Lee assured Plaintiff that the Macon-Bibb

County Tax Commissioner Office Tax would maintain Shirley Hill

Middlebrooks's property taxes in Shirley Hill Middlebrooks's name because

Plaintiff paid outstanding property tax fees for Shirley Hill Middlebrooks's house

to the Tax Commissioner Officer on June 18, 2021. See Exhibit D.

57.    In an effort to forgo filing this said lawsuit against the City of Macon-

Bibb County, Georgia, on November 5, 2021, Plaintiff made a phone call to the

Macon-Bibb County Tax Commissioner Office and spoke with a Supervisor in the

Tax Commissioner Office.

58.    The said Supervisor in the Macon-Bibb County Tax Commissioner

Office attested to Plaintiff that Andrea Crutchfield,  Jody Claborn, Jennifer

Mitchell were  the designated individuals in the Macon-Bibb County Board of Tax

Assessors Officer that handled property deeds for the Macon-Bibb County Tax

Commissioner Office.

59.    Hence, the said supervisor in  the Macon-Bibb County Tax

Commissioner Office directed Plaintiff to call Jody Claborn in the Macon-Bibb

County Board of Tax Assessors Officer.

60.    Accordingly, in an effort to forgo filing this said lawsuit against the City of Macon-Bibb County, Georgia, on November 5, 2021, Plaintiff made a phone call to the Macon-Bibb County Board of Tax Assessors Office and spoke with the Deputy Chief Appraiser named Jody Claborn.

61.    On November 5, 2021, Plaintiff requested for the Macon-Bibb County Board of Tax Assessors Office and Jody Claborn to delete Sherlice Morgan's name as the owner for the house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia (1) because Plaintiff is a joint owner by law of the house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia; (2) because Sherlice Morgan forged Plaintiff's deceased mother signature on a quit claim deed to steal Plaintiff's deceased mother house from Plaintiff; and (3) because Sherlice Morgan's quit claim deed did not meet the requirements to be recorded in the State of Georgia as enunciated in O.C.G.A. § 44-5-30.

62.    On November 5, 2021, Plaintiff also requested for the Macon-Bibb County Board of Tax Assessors Office and Jody Claborn to change the name of the owner of the house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia back to its original owner name, Shirley Hill Middlebrooks.

63.    Thereinafter, Jody Claborn reviewed Sherlice Morgan's quit claim deed on file at the Macon-Bibb County Board of Tax Assessors Office and Jody

Claborn refused to change the name of the owner of the house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia back to its original owner name which is Shirley Hill Middlebrooks because Jody Claborn insisted that Sherlice Morgan's quit claim deed was valid because Sherlice Morgan's quit claim deed was signed and notarized by a notary public. See Exhibit A, C.

64.    Thereinafter, Plaintiff informed Jody Claborn that Sherlice Morgan's quit claim deed did not comply with O.C.G.A. § 44-5-30 and Plaintiff then asked Jody Claborn did the Macon-Bibb County Board of Tax Assessors Office have any internal operating procedures for the Plaintiff to challenge the Macon-Bibb County Board of Tax Assessors Office's recording and use of Sherlice Morgan's quit claim deed to change the name of the owner for the house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia into Sherlice Morgan's name.

65.    Jody Claborn informed Plaintiff that the Macon-Bibb County Board of Tax Assessors Office did not have any internal operating procedures for the Plaintiff to challenge the Macon-Bibb County Board of Tax Assessors Office's recording and use of Sherlice Morgan's quit claim deed to change the name of the owner for the house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia into Sherlice Morgan's name.

66.    Notwithstanding Plaintiff's astute warning to the Macon-Bibb County Board of Tax Assessors Office about Sherlice Morgan's fraudulent quit claim

deed, the Macon-Bibb County Board of Tax Assessors Office and Jody Claborn allowed Sherlice Morgan's name to remain listed as the owner of the house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia based on Sherlice Morgan's quit claim deed which did not meet the requirements to be recorded in the State of Georgia as enunciated in O.C.G.A. § 44-5-30. See Exhibits A, C.

67.    In a last effort to forgo filing this said lawsuit against the City of Macon-Bibb County, Georgia, on November 10, 2021, Plaintiff made a phone call to the Superior Court of Bibb County Clerk's Office and spoke with the Real Estate Cancellation Clerk at Macon-Bibb County Government named Vonda Hicks in the Real Estate Department of Macon-Bibb County Government.

68.    Thereinafter on November 10, 2021, Plaintiff informed Vonda Hicks that Sherlice Morgan filed a fraudulent quit claim deed in the Superior Court of Bibb County where Sherlice Morgan forged Plaintiff's deceased mother signature on a quit claim deed to steal Plaintiff's deceased mother house from Plaintiff.

69.    Plaintiff requested Vonda Hicks to cancel and to expunge Sherlice Morgan's quit claim deed from the Superior Court of Bibb County's deed book because Sherlice Morgan's quit claim deed did not meet the requirements to be recorded in the State of Georgia as enunciated in O.C.G.A. § 44-5-30.

70.    Vonda Hicks reviewed Sherlice Morgan's quit claim deed in the Superior Court of Bibb County Clerk Office's database system and informed

Plaintiff that the Superior Court of Bibb County Clerk's Office could not cancel and could not expunge Sherlice Morgan's quit claim because the Superior Court of Bibb County Clerk do not have any authority to cancel property deeds and do not have any authority to expunge property deeds notwithstanding the fact that Sherlice Morgan's quit claim deed did not meet the requirements to be recorded in the State of Georgia as enunciated in O.C.G.A. § 44-5-30. See Exhibits A, B.

71.    Plaintiff then asked Vonda Hicks did the Superior Court of Bibb County Clerk's Office have any internal operating procedures for the Plaintiff to challenge the Superior Court of Bibb County Clerk's recording of Sherlice Morgan's fraudulent quit claim deed to steal Plaintiff's deceased mother house from Plaintiff.

72.    Vonda Hicks informed Plaintiff that the Superior Court of Bibb County Clerk's Office did not have any internal operating procedures for the Plaintiff to challenge the Superior Court of Bibb County Clerk's recording of Sherlice Morgan's quit claim deed in the Superior Court of Bibb County Clerk's Office.

73.    Sherlice Morgan is in possession of the house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia without legal authority and without permission because the City of Macon-Bibb County, Georgia, Erica L. Woodford, Tamika Burnett, the Real Estate Department of Macon-Bibb County Government, the Macon-Bibb County Board of Tax

Assessors Office, Andrea Crutchfield, Jody Claborn, and Jennifer Mitchell allowed Sherlice Morgan to file a fraudulent quit claim deed in the Real Estate Department of Macon-Bibb County Government and allowed Sherlice Morgan to file a fraudulent quit claim deed in the Macon-Bibb County Board of Tax Assessors Office to steal the house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia from Deidra C. Middlebrooks-Perlitz and Lillie M. Middlebrooks. See Exhibits A, B, C.

74.    Sherlice Morgan is in possession of the house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia without legal authority and without permission because the Macon-Bibb County Tax Commissioner Office, Samuel Wade McCord, and Cheryl Lee allowed Sherlice Morgan to file a fraudulent quit claim deed in the Macon-Bibb County Tax Commissioner Office to steal the house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia from Deidra C. Middlebrooks-Perlitz and Lillie M. Middlebrooks. See Exhibits A, B, D.

75.    During the year of 2015, the Georgia legislature passed a bill on the witnessing of documents for the recording of deeds in the State of Georgia. The bill went into effect on July 1, 2015, applying only to documents executed after that date.

76.    The new bill on the witnessing of documents for recording deeds in Georgia is a series of amendments to existing statutes that affect the execution and

witnessing of warranty deeds, quit claim deeds, and security deeds (or deeds to secure debt) and assignments.

77.    As of July 1, 2015, in order for a deed to be recorded in the State of Georgia, Georgia law requires that the deed be signed by the maker (grantor), attested by an officer as defined in O.C.G.A. § 44-2-15 and attested by one other witness pursuant to O.C.G.A. § 44-5-30.

78.    This essentially means that all deeds presented for recording in the State of Georgia must be signed by the grantor and attested by an officer as defined in O.C.G.A. § 44-2-15 and attested by a natural person with both attesting that the officer as defined in O.C.G.A. § 44-2-15 and the natural person actually witnessed the grantor sign the deed conveying ownership of real estate property to another person.

79.    An officer as defined in O.C.G.A. § 44-2-15 is a notary public, judge, magistrate, or deputy clerk of superior court, and clerk of the superior court.

80.    Hence, under O.C.G.A. § 44-5-30, deeds claiming ownership of real estate property in the State of Georgia should generally be executed as follows :

WITNESS GRANTOR'S hand and seal this the Day___ of_____ 20____

Signed, Sealed, and Delivered in the presence of:

_____                    _____

Witness (Signature)                        Grantor (Signature

_____

Notary Public (Signature)

Commission Expires_____    See Exhibits E, F.

81.    Under the State of Georgia Notary Law "Acknowledging" a deed is not the same as "attesting" a deed.

82.    Specifically, O.C.G.A. § 45-17-1 states "Attesting" and "attestation" are synonymous and mean the notarial act of witnessing or attesting a signature or execution of a deed or other written instrument, where such notarial act does not involve the taking of an acknowledgment, the administering of an oath or affirmation, the taking of a verification, or the certification of a copy.

83.    Sherlice Morgan's quit claim deed  recorded in Deed Book 10825, Pages 1, 2, 3, 4, in the Clerk's Office at the Superior Court of Bibb County is not attested by an officer as defined in O.C.G.A. § 44-2-15 as mandated by O.C.G.A. § 44-5-30. See Exhibits A, E, F.

84.    Sherlice Morgan's quit claim deed recorded in Deed Book 10825, Pages 1, 2, 3, 4, in the Clerk's Office at the Superior Court of Bibb County is not attested by one other witness as mandated by O.C.G.A. § 44-5-30. See Exhibits A, E, F.

85.    Plaintiff Lillie M. Middlebrooks  is automatically a joint owner of the house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia by operation of law under Shirley Hill Middlebrooks's deed and title.

86.    However, Sherlice Morgan was able to gain possession of Plaintiff's house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia because the City of Macon-Bibb County, Georgia, Erica L. Woodford, Tamika Burnett, the Superior Court of Bibb County Clerk's Office, and the Real Estate Department of Macon-Bibb County Government have a policy, custom, and practice of recording real estate property deeds and using real estate property deeds that do not meet the requirements to be recorded in the State of Georgia as enunciated in O.C.G.A. § 44-5-30 to transfer ownership of real estate property in Macon-Bibb County, Georgia. See Exhibits A, B, E, F.

87.    Sherlice Morgan was able to change the house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia into Sherlice Morgan's name because the City of Macon-Bibb County, Georgia, the Macon-Bibb County Board of Tax Assessors Office, Andrea Crutchfield, Jody Claborn, and Jennifer Mitchell have a policy, custom, and practice of recording real estate property deeds and using real estate property deeds that do not meet the requirements to be recorded in the State of Georgia as enunciated in O.G.G.A. § 44-5-30 to transfer ownership of real estate property in Macon-Bibb County, Georgia into a different person's name. See Exhibits A, B, C, E, F.

88.    Sherlice Morgan was able to change the house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia into Sherlice Morgan's name because the Macon-Bibb County Tax Commissioner Office,

Samuel Wade Ward, and Cheryl Lee  have a policy, custom, and practice of

recording real estate property deeds and  using real estate property deeds that do

not meet the requirements to be recorded in the State of Georgia as enunciated in

O.G.G.A. § 44-5-30 to transfer ownership of real estate property in Macon-Bibb

County, Georgia into a different person's name. See Exhibits A, B, C, D, E, F.

89.    Because the City of Macon-Bibb County, Georgia,  Erica L.

Woodford, Tamika Burnett, the Superior Court of Bibb County Clerk's Office, the

Real Estate Department of Macon-Bibb County Government, the Macon-Bibb

County Board of Tax Assessors Office, Andrea Crutchfield, Jody Claborn, Jennifer

Mitchell, the Macon-Bibb County Tax Commissioner Office, Samuel Wade

McCord, and Cheryl Lee  have an unconstitutional policy, custom, and practice of

recording real estate property deeds that do not meet the requirements to be

recorded in the State of Georgia as enunciated in O.C.G.A. § 44-5-30 to transfer

ownership of real estate property in Macon-Bibb County, Georgia; the City of

Macon-Bibb County, Georgia, Erica L. Woodford, Tamika Burnett, the Superior

Court of Bibb County Clerk's Office, the Real Estate Department of Macon-Bibb

County Government, the Macon-Bibb County Board of Tax Assessors Office,

Andrea Crutchfield, Jody Claborn, Jennifer Mitchell, the Macon-Bibb County Tax

Commissioner Office, Samuel Wade McCord, and Cheryl Lee  deprived

Plaintiff's ownership  of Plaintiff's house, land, and  property located at 579 Villa

Esta Circle, Macon-Bibb County, Georgia without due process of the law. See

Exhibits A, B, C, D, E, F.

90.    The City of Macon-Bibb County, Georgia, Erica L. Woodford,

Tamika Burnett, the Superior Court of Bibb County Clerk's Office, the Real Estate

Department of Macon-Bibb County Government, the Macon-Bibb County Board

of Tax Assessors Office, Andrea Crutchfield, Jody Claborn, Jennifer Mitchell, the

Macon-Bibb County Tax Commissioner Office, Samuel Wade McCord, and

Cheryl Lee did not give Plaintiff a notice, a pre termination hearing and an

opportunity to be heard at a meaningful time and in a meaningful manner when the

City of Macon-Bibb County, Georgia, Erica L. Woodford, Tamika Burnett, the

Superior Court of Bibb County Clerk's Office, the Real Estate Department of

Macon-Bibb County Government, the Macon-Bibb County Board of Tax

Assessors Office, Andrea Crutchfield, Jody Claborn, Jennifer Mitchell, the Macon-

Bibb County Tax Commissioner Office, Samuel Wade McCord, and Cheryl Lee

illegally transferred  Plaintiff's house, land, and property  located at  579 Villa Esta

Circle, Macon-Bibb County, Georgia into Sherlice Morgan's name  on 11/15/2021

after Plaintiff paid Shirley Hill Middlebrooks's outstanding property taxes  in the

amount of  $6,363.32 to the Macon-Bibb County Tax Commissioner Office on

June 18, 2021. See Exhibits A, B, C, D, E, F.

91.    Sherlice Morgan is listed as the property owner of the house, land, and property located 579 Villa Esta Circle Macon-Bibb County, Georgia in the Superior Court of Bibb County Clerk's Office, in the Macon-Bibb County Board of Tax Assessors Office, and in the Macon-Bibb County Tax Commissioner Office. See Exhibits A, B, C, D.

92.    In doing the acts and omissions as set out in this Complaint, the City of Macon-Bibb County, Georgia, Erica L. Woodford, Tamika Burnett, the Superior Court of Bibb County Clerk's Office, the Real Estate Department of Macon-Bibb County Government, the Macon-Bibb County Board of Tax Assessors Office, Andrea Crutchfield, Jody Claborn, Jennifer Mitchell, the Macon-Bibb County Tax Commissioner Office, Samuel Wade McCord, and Cheryl Lee subjected Plaintiff to unequal and unfair treatment to deny Plaintiff's access to Plaintiff's house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia.

93.    In doing the acts and omissions as set out in this Complaint, the City of Macon-Bibb County, Georgia, Erica L. Woodford, Tamika Burnett, Vonda Hicks, the Superior Court of Bibb County Clerk's Office, the Real Estate Department of Macon-Bibb County Government subjected Plaintiff to disgrace and ridicule by refusing to enforce and implement Plaintiff's deed of ownership to Plaintiff's house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia, when the City of Macon-Bibb County, Georgia, Erica L.

Woodford, Tamika Burnett, Vonda Hicks, the Superior Court of Bibb County

Clerk's Office, the Real Estate Department of Macon-Bibb County Government

refused to cancel and refused to expunge Sherlice Morgan's fraudulent quit claim

deed from the Superior Court of Bibb County's deed book. See Exhibits A, B, C,

D, E, F.

94.   In doing the acts and omissions as set out in this Complaint, the City

of Macon-Bibb County, the Macon-Bibb County Board of Tax Assessors Office,

Andrea Crutchfield,  Jody Claborn, and the Macon-Bibb County Tax

Commissioner Office subjected Plaintiff to disgrace and ridicule by refusing to

enforce and implement Plaintiff's deed of ownership to Plaintiff's house, land, and

property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia, when the

City of Macon-Bibb County, the Macon-Bibb County Board of Tax Assessors

Office, Jody Claborn, and the Macon-Bibb County Tax Commissioner Office

refused to delete Sherlice Morgan as the owner for the house, land, and property

located at 579 Villa Esta Circle, Macon-Bibb County, Georgia in the Macon-Bibb

County Board of Tax Assessors Office and in  the Macon-Bibb County Tax

Commissioner Office. See Exhibits A, B, C, D, E, F.

95.   In doing the acts and omissions as set out in this Complaint, the City

of Macon-Bibb County, Georgia, Erica L. Woodford, Tamika Burnett, the Superior

Court of Bibb County Clerk's Office, the Real Estate Department of Macon-Bibb

County Government, the Macon-Bibb County Board of Tax Assessors Office,

Andrea Crutchfield, Jody Claborn, Jennifer Mitchell, the Macon-Bibb County Tax

Commissioner Office, Samuel Wade McCord, and Cheryl Lee  did not grant

Plaintiff procedural due process before depriving Plaintiff's ownership of

Plaintiff's house, land, and property located at 579 Villa Esta Circle, Macon-Bibb

County, Georgia when the City of Macon-Bibb County, Georgia,  Erica L.

Woodford, Tamika Burnett, the Superior Court of Bibb County Clerk's Office, the

Real Estate Department of Macon-Bibb County Government, the Macon-Bibb

County Board of Tax Assessors Office, Andrea Crutchfield, Jody Claborn, Jennifer

Mitchell, the Macon-Bibb County Tax Commissioner Office, Samuel Wade

McCord, and Cheryl Lee illegally transferred ownership of Plaintiff's house, land,

and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia to

Sherlice Morgan in the Superior Court of Bibb County, in the Macon-Bibb County

Board of Tax Assessors Office, and in the Macon-Bibb County Tax Commissioner

Office. See Exhibits A, B, C, D, E, F.

   96.    As a result of the City of Macon-Bibb County, Georgia,  Erica L.

Woodford, Tamika Burnett, the Superior Court of Bibb County Clerk's Office, the

Real Estate Department of Macon-Bibb County Government, the Macon-Bibb

County Board of Tax Assessors Office, Andrea Crutchfield, Jody Claborn, Jennifer

Mitchell,  the Macon-Bibb County Tax Commissioner Office, Samuel Wade

McCord, and Cheryl Lee's  ill will, vindictive, and profoundly unconstitutional

conduct,  Plaintiff is severely injured psychologically and emotionally, causing

Plaintiff to experience loss of equity in the house, loss of ownership of the house, excessive anxiety, worry, apprehension, feeling on edged, irritability, anger, frustration, humiliation, fright, horror, serious emotional distress, ongoing grief, anguish, shock, nervousness, ongoing bereavement, difficulty falling and staying asleep, interference with normal and usual activities, and profound exacerbation of physical health related problems.

## CLAIMS FOR RELIEF

## COUNT 1

## VIOLATION OF PROCEDURAL DUE PROCESS (42 U.S.C. § 1983)

(Against Erica L. Woodford In Individual Capacity)

(Against Tamika Burnett In Individual Capacity)

97.     Plaintiff hereby states that Plaintiff's lawsuit contains sufficient facts to state a plausible claim for relief under 42 U.S.C. § 1983 as to Count 1 of Plaintiff's Complaint filed against Erica L. Woodford and Tamika Burnett.

98.     Plaintiff has a cognizable interest under the Due Process Clause of the Fourteenth Amendment of the United States Constitution to be free from state actions that deprive Plaintiff of liberty and property in such a manner as to shock the conscience, including but not limited to, unwarranted state interference with Plaintiff's house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia. See Exhibits A, B, C, D, E, F.

99.    As a result of Erica L. Woodford and Tamika Burnett's failure to carry out the ministerial act of obeying O.C.G.A. § 44-5-30 when Erica L. Woodford and Tamika Burnett, recorded Sherlice Morgan's quit claim deed in the Superior Court of Bibb County Clerk Office's deed book, Erica L. Woodford and Tamika Burnett thereby deprived Plaintiff of due process to maintain possession, control, and ownership of Plaintiff's deceased mother house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia, when Erica L. Woodford and Tamika Burnett unlawfully transferred Plaintiff's house to Sherlice Morgan because Sherlice Morgan is listed as the property owner for the house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia in the Superior Court of Bibb County's deed book.

100.    Erica L. Woodford and Tamika Burnett both acting under color of state law, thus violated the Fourteenth Amendment rights of Plaintiff to be free from unwarranted interference with Plaintiff's house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia without due process.

101.    The aforementioned actions of Erica L. Woodford and Tamika Burnett shock the conscience, in that Erica L. Woodford and Tamika Burnett acted with deliberate indifference to the constitutional rights of Plaintiff with purpose to harm unrelated to any legitimate lawful objective.

102.    As a direct and proximate cause of the acts of Erica L. Woodford and Tamika Burnett, Plaintiff suffered and continues to suffer deprivation of property,

extreme and severe mental anguish, emotional pain, ongoing bereavement and have been injured in the mind, body, and soul regarding the unlawful and vicious taking of Plaintiff's deceased mother house.

103.    As a result of their conduct, Erica L. Woodford and Tamika Burnett are liable for Plaintiff's injuries because Erica L. Woodford and Tamika Burnett are integral participants in the denial of Plaintiff's due process rights because Erica L. Woodford and Tamika Burnett violated O.C.G.A. § 44-5-30 when Erica L. Woodford and Tamika Burnett accepted, filed and recorded Sherlice Morgan's fraudulent quit claim deed, on March 15, 2021, in Deed Book 10825, Pages 1, 2, 3, 4, in the Clerk's Office at the Superior Court of Bibb County without granting Plaintiff a written notice and without granting Plaintiff a pre termination hearing prior to when Erica L. Woodford and Tamika Burnett terminated Plaintiff's ownership rights to the house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia when Erica L. Woodford and Tamika Burnett unlawfully transferred ownership of Plaintiff's house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia to Sherlice Morgan. See Exhibits A, B, C, D, E, F.

## COUNT 2

**VIOLATION OF PROCEDURAL DUE PROCESS (42 U.S.C. § 1983)**

(Against Macon-Bibb County Board of Tax Assessors Office's Employees In Individual Capacity)

(Against Andrea Crutchfield In Individual Capacity)

(Against Jody Claborn In Individual Capacity)

(Against Jennifer Mitchell In Individual Capacity)

104.    Plaintiff hereby states that Plaintiff's lawsuit contains sufficient facts to state a plausible claim for relief under 42 U.S.C. § 1983 as to Count 2 of Plaintiff's Complaint filed against the Macon-Bibb County Board of Tax Assessors Office's employees, Andrea Crutchfield, Jody Claborn, and Jennifer Mitchell.

105.    Plaintiff has a cognizable interest under the Due Process Clause of the Fourteenth Amendment of the United States Constitution to be free from state actions that deprive Plaintiff of liberty and property in such a manner as to shock the conscience, including but not limited to, unwarranted state interference with Plaintiff's property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia.

106.    Because the Macon-Bibb County Board of Tax Assessors Office, Andrea Crutchfield, Jody Claborn, and Jennifer Mitchell violated O.C.G.A. § 44-5-30 when the Macon-Bibb County Board of Tax Assessors Office, Andrea Crutchfield, Jody Claborn and Jennifer Mitchell accepted, filed, recorded, and

used Sherlice Morgan's quit claim deed in the Macon-Bibb County Board of Tax Assessors Office to transfer ownership of Plaintiff's house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia to Sherlice Morgan; the Macon-Bibb County Board of Tax Assessors Office, Andrea Crutchfield, Jody Claborn, and Jennifer Mitchell deprived Plaintiff of due process to maintain possession, control, and ownership of Plaintiff's house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia when the Macon-Bibb County Board of Tax Assessors Office, Andrea Crutchfield, Jody Claborn and Jennifer Mitchell unlawfully transferred Plaintiff's house to Sherlice Morgan because Sherlice Morgan is listed as the property owner for the house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia in the Macon-Bibb County Board of Tax Assessors Office. See Exhibits A, B, C, D, E, F.

107.   The Macon-Bibb County Board of Tax Assessors Office's employees, Andrea Crutchfield, Jody Claborn, and Jennifer Mitchell acting under color of state law, thus violated the Fourteenth Amendment rights of Plaintiff to be free from unwarranted interference with Plaintiff's real estate property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia without due process.

108.   The aforementioned actions of the Macon-Bibb County Board of Tax Assessors Office, Andrea Crutchfield, Jody Claborn, and Jennifer Mitchell shock the conscience, in that the Macon-Bibb County Board of Tax Assessors Office,

Andrea Crutchfield, Jody Claborn, and Jennifer Mitchell acted with deliberate indifference to the constitutional rights of Plaintiff with purpose to harm unrelated to any legitimate lawful objective.

109.   As a direct and proximate cause of the acts of the Macon-Bibb County Board of Tax Assessors Office, Andrea Crutchfield, Jody Claborn, and Jennifer Mitchell, Plaintiff suffered and continues to suffer deprivation of property, loss of ownership, loss of equity, loss of rental income, extreme and severe mental anguish, emotional pain, ongoing bereavement and have been injured in the mind, body, and soul regarding the unlawful and vicious taking of Plaintiff's deceased mother house.

110.   As a result of their conduct, the Macon-Bibb County Board of Tax Assessors Office, Andrea Crutchfield, Jody Claborn, and Jennifer Mitchell are liable for Plaintiff's injuries the Macon-Bibb County Board of Tax Assessors Office, Andrea Crutchfield, Jody Claborn, and Jennifer Mitchell are integral participants in the denial of Plaintiff's due process rights because the Macon-Bibb County Board of Tax Assessors Office, Andrea Crutchfield, Jody Claborn, and Jennifer Mitchell violated O.C.G.A. § 44-5-30 when the Macon-Bibb County Board of Tax Assessors Office, Andrea Crutchfield, Jody Claborn, and Jennifer Mitchell accepted, filed, and recorded Sherlice Morgan's fraudulent quit claim deed in the Macon-Bibb County Board of Tax Assessors Office to transfer ownership of Plaintiff's house, land, and property located at 579 Villa Esta Circle,

Macon-Bibb County, Georgia to Sherlice Morgan without granting Plaintiff a written notice and without granting Plaintiff a pre termination hearing prior to when the Macon-Bibb County Board of Tax Assessors Office, Andrea Crutchfield, Jody Claborn, and Jennifer Mitchell terminated Plaintiff's ownership rights to the house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia when the Macon-Bibb County Board of Tax Assessors Office, Andrea Crutchfield, Jody Claborn, and Jennifer Mitchell unlawfully transferred ownership of Plaintiff's house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia to Sherlice Morgan. See Exhibits A, B, C, D, E, F.

## COUNT 3

### VIOLATION OF PROCEDURAL DUE PROCESS (42 U.S.C. § 1983)

(Against Macon-Bibb County Tax Commissioner Office's Employees In Individual Capacity)

(Against Samuel Wade McCord  In Individual Capacity)

(Against Cheryl Lee In Individual Capacity)

111.   Plaintiff hereby states that Plaintiff's lawsuit contains sufficient facts to state a plausible claim for relief under 42 U.S.C. § 1983 as to Count 3 of Plaintiff's Complaint against the Macon-Bibb County Tax Commissioner's employees,  Samuel Wade McCord,  and Cheryl Lee.

112.   Plaintiff  has a cognizable interest under the Due Process Clause of the Fourteenth Amendment of the United States Constitution to be free from state

actions that deprive Plaintiff of liberty and property in such a manner as to shock

the conscience, including but not limited to, unwarranted state interference with

Plaintiff's property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia.

113.  Because the Macon-Bibb County Tax Commissioner Office, Samuel

Wade McCord, and Cheryl Lee violated O.C.G.A. § 44-5-30 when the Macon-

Bibb County Tax Commissioner Office, Samuel Wade McCord, and Cheryl Lee

accepted, filed, recorded, and used Sherlice Morgan's quit claim deed in the

Macon-Bibb County Tax Commissioner Office to transfer ownership of Plaintiff's

house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County,

Georgia to Sherlice Morgan; the Macon-Bibb County Tax Commissioner Office,

Samuel Wade McCord and Cheryl Lee deprived Plaintiff of due process to

maintain possession, control, and ownership of Plaintiff's house, land, and

property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia when the

Macon-Bibb County Tax Commissioner Office, Samuel Wade McCord, and

Cheryl Lee's unlawfully transferred Plaintiff's property to Sherlice Morgan

because Sherlice Morgan is listed as the property owner for the house, land, and

property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia in the

Macon-Bibb County Tax Commissioner Office. See Exhibits A, B, C, D, E, F.

114.  Macon-Bibb County Tax Commissioner Office's employees, Samuel

Wade McCord, and Cheryl Lee both acting under color of state law, thus violated

the Fourteenth Amendment rights of Plaintiff to be free from unwarranted

interference with Plaintiff's real estate property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia without due process.

115.   The aforementioned actions of Macon-Bibb County Tax Commissioner Office's employees, Samuel Wade McCord and Cheryl Lee shock the conscience, in that the Macon-Bibb County Tax Commissioner Office's employees, Samuel Wade McCord, and Cheryl Lee acted with deliberate indifference to the constitutional rights of Plaintiff with purpose to harm unrelated to any legitimate lawful objective.

116.   As a direct and proximate cause of the acts of Macon-Bibb County Tax Commissioner Office's employees, Samuel Wade McCord, and Cheryl Lee; Plaintiff suffered and continues to suffer deprivation of property, loss of ownership, loss of equity, loss of rental income, extreme and severe mental anguish, emotional pain, ongoing bereavement and has been injured in the mind, body, and soul regarding the unlawful and vicious taking of Plaintiff's deceased mother house.

117.   As a result of their conduct, Macon-Bibb County Tax Commissioner Office's employees, Samuel Wade McCord, and Cheryl Lee are liable for Plaintiff's injuries because Macon-Bibb County Tax Commissioner Office's employees, Samuel Wade McCord, and Cheryl Lee are integral participants in the denial of Plaintiff's due process rights because the Macon-Bibb County Tax Commissioner Office's employees, Samuel Wade McCord, and Cheryl Lee

violated O.C.G.A. § 44-5-30 when the Macon-Bibb County Tax Commissioner

Office's employees, Samuel Wade McCord and Cheryl Lee accepted, filed, and

recorded Sherlice Morgan's fraudulent quit claim deed in the Macon-Bibb County

Tax Commissioner Office and transferred ownership of Plaintiff's house, land,

and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia to

Sherlice Morgan after Plaintiff paid Shirley Hill Middlebrooks's outstanding

property taxes in the amount of $6,363.32 to the Macon-Bibb County Tax

Commissioner Office on June 18, 2021.

### COUNT 4

### MUNICIPAL LIABLITY
### FOR UNCONSTITUIONAL CUSTOM OR POLICY (42 U.S.C. § 1983)

(Against the City of Macon-Bibb County, Georgia)

118.   Plaintiff hereby states that Plaintiff's lawsuit contains sufficient facts

to state a plausible claim for relief under 42 U.S.C. § 1983 as to Count 4 of

Plaintiff's Complaint filed against the City of Macon-Bibb County, Georgia.

119.   On March 15, 2021, November 5, 2021, November 10, 2021 and

continuing to the present date, the City Macon-Bibb County, Georgia, Erica L.

Woodford, the Real Estate Department of Macon-Bibb County Government,

Tamika Burnett, the Macon-Bibb County Board of Tax Assessors Office, Andrea

Crutchfield, Jody Claborn, Jennifer Mitchell, the Macon-Bibb County Tax

Commissioner Office, Samuel Wade McCord and Cheryl Lee deprived Plaintiff of

the rights and liberties secured by the Fourteenth Amendment to the United States

Constitution, in that the City of Macon-Bibb County, Georgia and its supervising,

managerial, and non-managerial employees, agents, and representatives in the Real

Estate Department of Macon-Bibb County Government, in the Macon-Bibb

County Board of Tax Assessors Office, and in the Macon-Bibb County Tax

Commissioner Office acted with reckless and deliberate indifference to the rights

and liberties of the public in general and of Plaintiff, knowingly maintained,

enforced and applied official recognized customs, polices, and widespread

practices in the Real Estate Department of Macon-Bibb County Government, in the

Macon-Bibb County Board of Tax Assessors Office, and in the Macon-Bibb

County Tax Commissioner Office of the following unconstitutional customs,

policy, and widespread practices which permitted officials in the Real Estate

Department of Macon-Bibb County Government, officials in the Macon-Bibb

County Board of Tax Assessors Office, and officials in the Macon-Bibb County

Tax Commissioner Office to violate Plaintiff's due process rights;

- recording fraudulent real estate deeds that do not meet the

  requirements to be recorded in the State of Georgia as enunciated in

  O.G.G.A. § 44-5-30 to transfer ownership of real estate property in

  Macon-Bibb County, Georgia into a different person's name without

  affording the true owner procedural due process prior to the transfer

  of ownership of the real estate property and without affording the

42

true owner procedural due process after the transfer of ownership of the real estate property;

- using fraudulent real estate deeds that do not meet the requirements to be recorded in the State of Georgia as enunciated in O.G.G.A. § 44-5-30 to transfer ownership of real estate property in Macon-Bibb County, Georgia into a different person's name without affording the true owner procedural due process prior to the transfer of ownership of the real estate  property and  without affording the true owner procedural due process after the transfer of ownership of the real estate property;

- failing to screen deeds conveying ownership of  land and real estate property in Macon-Bibb County Georgia for compliance with O.C.G.A. § 44-5-30 prior to transferring ownership of real estate property in Macon-Bibb County, Georgia;

- failing to train the Real Estate Department of Macon-Bibb County Government,  failing to train the Macon-Bibb County Board of Tax Assessors Office and failing to train the Macon-Bibb County Tax Commissioner Office's   supervising, managerial, and non-managerial employees, agents, and representatives to screen deeds conveying ownership of land and real estate property in Macon-Bibb County

Georgia for compliance with O.C.G.A. § 44-5-30 prior to transferring

ownership of the real estate property in Macon-Bibb County, Georgia;

- failing to train the Real Estate Department of Macon-Bibb County

   Government, failing to train the Macon-Bibb County Board of Tax

   Assessors Office and failing train Macon-Bibb County Tax

   Commissioner Office's supervising, managerial, and non-managerial

   employees, agents, and representatives to not transfer the ownership

   of real estate property in Macon-Bibb County, Georgia based on

   deeds that do not meet the requirements to be recorded in the State of

   Georgia as enunciated in O.G.G.A. § 44-5-30. See Exhibits A, B, C,

   D, E, F.

120.    The City Macon-Bibb County, Georgia, the Real Estate Department

of Macon-Bibb County Government, Erica L. Woodford, Tamika Burnett, the

Macon-Bibb County Board of Tax Assessors Office, Andrea Crutchfield, Jody

Claborn, Jennifer Mitchell, the Macon-Bibb County Tax Commissioner Office,

Samuel Wade McCord and Cheryl Lee together with various other officials,

whether named or unnamed, had either actual or constructive knowledge of the

deficient policies, practices and customs alleged in the paragraphs above because

on November 5, 2021 and November 10, 2021, Jody Claborn and Vonda Hicks

both acknowledged to Plaintiff that there is a history of filing and recording

fraudulent deeds in the Superior Court of Bibb County Clerk's Office and in the

Macon-Bibb County Board of Tax Assessors Office to steal real estate property in

Macon-Bibb County, Georgia prior to Plaintiff's reporting of Sherlice Morgan's

fraudulent quit claim deed to the Superior Court of Bibb County Clerk's Office,

the Macon-Bibb County Board of Tax Assessors Office, the Macon-Bibb County

Tax Commissioner Office, Jody Claborn, and Vonda Hicks.

121.    Despite having knowledge of the deficient policies, practices and

customs alleged in the above paragraphs, the City Macon-Bibb County, Georgia,

the Real Estate Department of Macon-Bibb County Government, Erica L.

Woodford, Tamika Burnett, the Macon-Bibb County Board of Tax Assessors

Office, Andrea Crutchfield,  Jody Claborn, Jennifer Mitchell, the Macon-Bibb

County Tax Commissioner Office,  Samuel Wade McCord and Cheryl Lee

condoned, tolerated, and through actions and inactions thereby ratified such

policies.

122.    The City of Macon-Bibb County, Georgia, Erica L. Woodford,

Tamika Burnett, the Real Estate Department of Macon-Bibb County Government,

the Macon-Bibb County Board of Tax Assessors Office, Andrea Crutchfield,

Jody Claborn, Jennifer Mitchell, the Macon-Bibb County Tax Commissioner

Office,  Samuel Wade McCord and Cheryl Lee  also acted with deliberate

indifference to the foreseeable effects and consequences of these policies with

respect to the constitutional rights of Plaintiff and other individuals similarly

situated who inherits heir property in the City of Macon-Bibb County, Georgia.

123.    Furthermore, the policies, practices, and customs implemented and maintained and still tolerated by the City of Macon-Bibb County, Georgia, Erica L. Woodford, Tamika Burnett, the Real Estate Department of Macon-Bibb County Government, the Macon-Bibb County Board of Tax Assessors Office, Andrea Crutchfield, Jody Claborn, Jennifer Mitchell, the Macon-Bibb County Tax Commissioner Office, Samuel Wade McCord and Cheryl Lee are affirmatively and directly linked to the deprivation of Plaintiff's constitutional rights and are significantly the influential and driving force behind the injuries of Plaintiff. See Exhibits A, B, C, D, E, F.

124.    If the City of Macon-Bibb County, Georgia, Erica L. Woodford, Tamika Burnett, the Real Estate Department of Macon-Bibb County Government, the Macon-Bibb County Board of Tax Assessors Office, Andrea Crutchfield, Jody Claborn, Jennifer Mitchell, the Macon-Bibb County Tax Commissioner Office, Samuel Wade McCord and Cheryl Lee had a constitutional policy of rejecting the recording of deeds that violates O.C.G.A. § 44-5-30 and rejecting the use of deed that violates O.C.G.A. § 44-5-30 prior to transferring ownership of real estate property, then Plaintiff would have maintained ownership of Plaintiff's house land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia by operation of law and Plaintiff would not have to deal with Sherlice Morgan for the stealing of Plaintiff's house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia. See Exhibits A, B, C, D, E, F.

46

125.   By reason of the aforementioned acts and omissions of the City of Macon-Bibb County, Georgia, Erica L. Woodford, Tamika Burnett, the Real Estate Department of Macon-Bibb County Government, Erica L. Woodford, the Macon-Bibb County Board of Tax Assessors Office,  Andrea Crutchfield, Jody Claborn, Jennifer Mitchell, the Macon-Bibb County Tax Commissioner Office,  Samuel Wade McCord and Cheryl Lee;  Plaintiff suffered and continues to suffer deprivation of property,  loss of ownership, loss of equity, loss of rental income, extreme and severe mental anguish, emotional pain, ongoing bereavement and has been injured in the mind, body, and soul regarding the unlawful and vicious taking of Plaintiff's deceased mother house. See Exhibits A, B, C, D, E, F.

126.   Accordingly, the City of Macon-Bibb County, Georgia is  liable to Plaintiff for compensatory damages under 42 U.S.C. § 1983.

127.   Plaintiff also seek attorney fees under this claim.

## COUNT 5

### VIOLATION OF  42 U.S.C. § 1983 - MUNICIPAL LIABLITY FOR FAILURE TO TRAIN

(Against the City of Macon-Bibb County, Georgia)

128.   Plaintiff hereby states that Plaintiff's lawsuit contains sufficient facts to state a plausible claim for relief under 42 U.S.C. § 1983 as to Count 4 of Plaintiff's Complaint filed against the City of Macon-Bibb County, Georgia.

129.    While acting under color of state law and within the course and scope of their employment for the City of Macon-Bibb County, Georgia; Erica L. Woodford, Tamika Burnett , the Real Estate Department of Macon-Bibb County Government, the Macon-Bibb County Board of Tax Assessors Office, Andrea Crutchfield, Jody Claborn, Jennifer Mitchell, the Macon-Bibb County Tax Commissioner Office,  Samuel Wade McCord and Cheryl Lee; deprived Plaintiff of Plaintiff's rights and liberties secured from the Fourteenth Amendment including Plaintiff's right  to be free from state actions that deprive Plaintiff of liberty and property in such a manner as to shock the conscience, including but not limited to, unwarranted state interference with  Plaintiff's property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia, when the City of Macon-Bibb County, Georgia unlawfully transferred  Plaintiff's house, land, title,  property, and deed to Sherlice Morgan without due process. See Exhibits A, B, C, D, E, F.

130.    The City of Macon-Bibb County, Georgia, Erica L. Woodford, Tamika Burnett, the Real Estate Department of Macon-Bibb County Government, the Macon-Bibb County Board of Tax Assessors Office, Andrea Crutchfield, Jody Claborn, Jennifer Mitchell, the Macon-Bibb County Tax Commissioner Office, Samuel Wade McCord and Cheryl Lee; deprived Plaintiff of the rights and liberties secured by the Fourteenth Amendment to the United States Constitution, in that the City of Macon-Bibb County, Georgia (1)  failed to train and/or provide adequate training to its employees in the Real Estate Department of Macon-Bibb County

Government to comply and obey O.C.G.A. § 44-5-30 when recording and using deeds to transfer ownership of real estate property in Macon-Bibb County, Georgia, (2) failed to train and/or provide adequate training to its employees in the Macon-Bibb County Board of Tax Assessors Office to comply and obey O.C.G.A. § 44-5-30 when recording and using deeds to transfer ownership of real estate property in Macon-Bibb County, Georgia, and (3) and failed to train and/or provide adequate training to its employees in the Macon-Bibb County Tax Commissioner Office to comply and obey O.C.G.A. § 44-5-30 when recording and using deeds to transfer ownership of real estate property in Macon-Bibb County, Georgia. See Exhibits A, B, C, D, E, F.

131. The training policies of the City of Macon-Bibb County, Georgia were nonexistence and/or not adequate to train its employees the Real Estate Department of Macon-Bibb County Government to properly and lawfully obey O.C.G.A. § 44-5-30 for the filing, recording and using of real estate deeds to transfer ownership of real estate property in Macon-Bibb County, Georgia, (2) to train its employees in the Macon-Bibb County Board of Tax Assessors Office to properly and lawfully obey O.C.G.A. § 44-5-30 for the filing, recording and using of real estate deeds to transfer ownership of real estate property in Macon-Bibb County, Georgia and to train to train its employees in the Macon-Bibb County Tax Commissioner Office to properly and lawfully obey O.C.G.A. § 44-5-30 for the

filing, recording and using of real estate deeds to transfer ownership of real estate property in Macon-Bibb County, Georgia. See Exhibits A, B, C, D, E, F.

132.   The City of Macon-Bibb County, Georgia failed to train its employees in the Real Estate Department of Macon-Bibb County Government,  failed to train its employees in the Macon-Bibb County Board of Tax Assessors Office, and failed to train its employees in the Macon-Bibb County Tax Commissioner Office (1)  to not  use or accept deeds conveying ownership of land and real estate property that do not meet the requirements to be recorded in the State of Georgia as enunciated in O.C.G.A. § 44-5-30 to transfer ownership of real estate  property in Macon-Bibb County, Georgia; (2) to screen deeds conveying ownership of land and real estate property in Macon-Bibb County, Georgia for compliance with O.C.G.A. § 44-5-30 prior to transferring ownership of real estate property in Macon-Bibb County, Georgia; (3) to reject the recording of deeds  and use of deeds conveying ownership of  land and real estate property that violates O.C.G.A. § 44-5-30.  See Exhibits A, B, C, D, E, F.

133.   The City of Macon-Bibb County, Georgia's  non-existence training and /or inadequate training policies existed prior to the filing, recording and use  of Sherlice Morgan's fraudulent quit claim deed and continue to exist to this day.

134.   The failure of the City of Macon-Bibb County, Georgia to train its employees in the Real Estate Department of Macon-Bibb County Government, the failure of the City of Macon-Bibb County, Georgia  to train its employees in the

Macon-Bibb County Board of Tax Assessors Office and the failure of the City of

Macon-Bibb County, Georgia to train its employees in the Macon-Bibb County

Tax Commissioner Office  (1)  to not  use or accept deeds conveying ownership of

land and real estate property that do not meet the requirements to be recorded in

the State of Georgia as  enunciated in O.C.G.A. § 44-5-30 to transfer ownership of

real estate  property in Macon-Bibb County, Georgia; (2) to screen deeds

conveying ownership of land and real estate property in Macon-Bibb County,

Georgia for compliance with O.C.G.A. § 44-5-30 prior to transferring ownership of

real estate property in Macon-Bibb County, Georgia; (3) to reject the recording of

deeds  and use of deeds conveying ownership of  land and real estate property that

violates  O.C.G.A. § 44-5-30 is the proximate cause of the deprivation of

Plaintiff's constitutional rights guaranteed by the Fourteenth Amendment to the

U.S. Constitution and is the moving force that ultimately caused Plaintiff to lose

Plaintiff's house, land, and property located at 579 Villa Esta Circle, Macon-Bibb

County, Georgia to Sherlice Morgan.  See Exhibits A, B, C, D, E, F.

135.  Had the City of  Macon-Bibb County, Georgia trained its employees

in the Real Estate Department of Macon-Bibb County Government, trained its

employees in the Macon-Bibb County Board of Tax Assessors Office  and trained

its employees in the Macon-Bibb County Tax Commissioner Office (1)  to not  use

or accept deeds conveying ownership of land and real estate property that do not

meet the requirements to be recorded in the State of Georgia as  enunciated in

O.C.G.A. § 44-5-30 to transfer ownership of real estate property in Macon-Bibb County, Georgia; (2) to screen deeds conveying ownership of land and real estate property in Macon-Bibb County, Georgia for compliance with O.C.G.A. § 44-5-30 prior to transferring ownership of real estate property in Macon-Bibb County, Georgia; (3) to reject the recording of deeds and use of deeds conveying ownership of land and real estate property that violates O.C.G.A. § 44-5-30.; then Plaintiff would not have to sue the City of Macon-Bibb County, Georgia for the blatant deprivation of Plaintiff's constitutional rights for due process when the City of Macon-Bibb County, Georgia unlawfully transferred ownership of Plaintiff's house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia to Sherlice Morgan. See Exhibits A, B, C, D, E, F.

136.   The City of Macon-Bibb County, Georgia should have known to train its employees in the Real Estate Department of Macon-Bibb County Government, to train its employees in the Macon-Bibb County Board of Tax Assessors Office and to train its employees in the Macon-Bibb County Tax Commissioner Office (1) to not use or accept deeds conveying ownership of land and real estate property that do not meet the requirements to be recorded in the State of Georgia as enunciated in O.C.G.A. § 44-5-30 to transfer ownership of real estate property in Macon-Bibb County, Georgia; (2) to screen deeds conveying ownership of land and real estate property in Macon-Bibb County, Georgia for compliance with O.C.G.A. § 44-5-30 prior to transferring ownership of real estate property in

Macon-Bibb County, Georgia; (3) to reject the recording of deeds and use of deeds conveying ownership of land and real estate property that violates O.C.G.A. § 44-5-30 because the witnesses requirements as mandated in O.C.G.A. § 44-5-30 prevents the filing and recording of fraudulent deeds in the State of Georgia to illegally steal real estate property in the State of Georgia.

137.    The City of Macon-Bibb County, Georgia should have known to train its employees in the Real Estate Department of Macon-Bibb County Government, to train its employees in the Macon-Bibb County Board of Tax Assessors Office and to train its employees in the Macon-Bibb County Tax Commissioner Office (1) to not use or accept deeds conveying ownership of land and real estate property that do not meet the requirements to be recorded in the State of Georgia as enunciated in O.C.G.A. § 44-5-30 to transfer ownership of real estate property in Macon-Bibb County, Georgia; (2) to screen deeds conveying ownership of land and real estate property in Macon-Bibb County, Georgia for compliance with O.C.G.A. § 44-5-30 prior to transferring ownership of real estate property in Macon-Bibb County, Georgia; (3) to reject the recording of deeds and use of deeds conveying ownership of land and real estate property that violates O.C.G.A. § 44-5-30 because the astute training to obey and enforce O.C.G.A. § 44-5-30 would be so obvious to the City of Macon-Bibb County, Georgia due to the fact that the City of Macon-Bibb County, Georgia has a notoriously high crime rate of theft of empty houses which increases the likelihood of constitutional violations

and deprivation of property through the recording and filing of fraudulent quit claim deeds to steal real estate property in neighborhoods inundated with blighted properties in Macon-Bibb County, Georgia.   See Exhibits G, H, I, J.

138.   The City of Macon-Bibb County, Georgia should have known to train its employees in the Real Estate Department of Macon-Bibb County Government, to train its employees in the Macon-Bibb County Board of Tax Assessors Office, and to train its employees in the Macon-Bibb County Tax Commissioner Office (1) to not use or accept deeds conveying ownership of land and real estate property that do not meet the requirements to be recorded in the State of Georgia as enunciated in O.C.G.A. § 44-5-30 to transfer ownership of real estate property in Macon-Bibb County, Georgia; (2) to screen deeds conveying ownership of land and real estate property in Macon-Bibb County, Georgia for compliance with O.C.G.A. § 44-5-30 prior to transferring ownership of real estate property in Macon-Bibb County, Georgia; (3) to reject the recording of deeds and use of deeds conveying ownership of land and real estate property that violates O.C.G.A. § 44-5-30; because the bill for O.C.G.A. § 44-5-30 was signed into law on May 6, 2015 and because the City of Macon-Bibb County, Georgia was fully cognizant of the patterns of constitutional violations in Macon-Bibb County, Georgia through the filing of fraudulent quit claim deeds to steal real estate property in neighborhoods inundated with blighted properties in Macon-Bibb County, Georgia because the City of Macon-Bibb County, Georgia was notified of

the prosecution of various individuals who have stolen real estate property in Macon-Bibb County, Georgia through the filing and recording of false documents in the Superior Court of Bibb County Clerk's Office. See Exhibits G, H, I, J.

139.   The City of Macon-Bibb County, Georgia nevertheless failed to train and or provide adequate training to its employees in the Real Estate Department of Macon-Bibb County Government,  failed to train and or provide adequate training to its employees in the Macon-Bibb County Board of Tax Assessors Office, and failed to train and or provide adequate training to its employees in the Macon-Bibb County Tax Commissioner Office  to comply with O.C.G.A. § 44-5-30  when using real estate property deeds to transfer ownership of real estate property in Macon-Bibb County, Georgia.  See Exhibits A, B, C, D, E, F.

140.   By reason of the aforementioned acts and omissions of the City of Macon-Bibb County, Georgia, Plaintiff suffered and continues to suffer deprivation of property,  loss of ownership, loss of equity, loss of rental income, extreme and severe mental anguish, emotional pain, ongoing bereavement and has been injured in the mind, body, and soul regarding the unlawful and vicious taking of Plaintiff's deceased mother house. See Exhibits A, B, C, D, E, F.

141.   Accordingly, the City of Macon-Bibb County, Georgia  is liable to Plaintiff for compensatory damages under 42 U.S.C. § 1983.

142.   Plaintiff also seek attorney fees under this claim.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## COUNT 6

**BREACH OF CONTRACT  AND PROMISSORY ESTOPPEL**

(Against Macon-Bibb County Tax Commissioner Office)

(Against Cheryl Lee)

143.    Plaintiff hereby states that Plaintiff's lawsuit contains sufficient facts to state a plausible claim for relief for breach of contract and promissory estoppel as to Count 6  of Plaintiff's Complaint filed against Macon-Bibb County Tax Commissioner Office and Cheryl Lee.

144.   On June 18, 2021, the Macon-Bibb County Tax Commissioner Office and Cheryl Lee made oral representations that the Macon-Bibb County Tax Commissioner Office and Cheryl Lee  would maintain to  the property tax records for the house located  at 579 Villa Esta Circle, Macon-Bibb County, Georgia in Shirley Hill Middlebrooks's name if Shirley Hill Middlebrooks's heirs paid Shirley Hill Middlebrooks's outstanding property taxes to the Macon Bibb County Tax Commissioner Office.

145.   On June 18, 2021,  Plaintiff paid Shirley Hill Middlebrooks's outstanding property taxes  in the amount of  $6,363.32 for the house located at 579 Villa Esta Circle, Macon-Bibb County, Georgia  to the Macon-Bibb County Tax Commissioner Office.

146.   The Macon-Bibb County Tax Commissioner Office and Cheryl Lee breached its contract with Plaintiff when the Macon-Bibb County Tax Commissioner Office and Cheryl Lee  failed to follow its own practices, policies

and procedures with regard to the terms and conditions of the oral representations made to Plaintiff on June 18, 2021.

147.    Specifically, the Macon-Bibb County Tax Commissioner Office and Cheryl Lee  breached its contract with Plaintiff because on November 15, 2021  to this present date, the Macon-Bibb County Tax Commissioner Office and Cheryl Lee  allowed Sherlice Morgan to fraudulently put the property located at 579 Villa Esta Circle, Macon-Bibb County Georgia  in Sherlice Morgan's name  in the Macon-Bibb County Tax Commissioner Officer  after Plaintiff paid Shirley Hill Middlebrooks's outstanding property taxes  in the amount of  $6,363.32 to the Macon-Bibb County Tax Commissioner Office on June 18, 2021. See Exhibits A, B, C, D, E, F.

148.    The Macon-Bibb County Tax Commissioner Office and Cheryl Lee should have reasonably expected Plaintiff to rely on the aforementioned policies, procedures, oral representations that the Macon-Bibb County Tax Commissioner would maintain the tax records for the property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia  in Shirley Hill Middlebrooks's name  as a commitment by the Macon-Bibb County Tax Commissioner Office and Cheryl Lee to follow and abide by them because on June 18, 2021, Plaintiff's paid Shirley Hill Middlebrooks's outstanding property taxes in the amount of  $6,363.32 for the house located at 579 Villa Esta Circle, Macon-Bibb County, Georgia  to the Macon-Bibb County Tax Commissioner Office.

149.   At all relevant times, Plaintiff understood and reasonably relied on the aforementioned policies,  procedures, procedures, and oral representations by the Macon-Bibb County Tax Commissioner Office and Cheryl Lee to her detriment and harm, both pecuniary and otherwise.

150.   As set forth herein, the Macon-Bibb County Tax Commissioner Office and Cheryl Lee did not follow the aforementioned practices, policies, procedures, and  oral representations made to Plaintiff on June 18, 2021.

151.   Substantial injustice can only be avoided by enforcing the promises made by the Macon-Bibb County Tax Commissioner Office and Cheryl Lee to Plaintiff on June 18, 2021.

152.   The Macon-Bibb County Tax Commissioner Office and Cheryl Lee's breach of contract is a direct and proximate cause of the injuries, damages and harm suffered by Plaintiff which includes legal fees,  out-of-pocket expenses, extreme and severe mental anguish,  emotional pain, great emotional distress, public humiliation, mental distress, extreme embarrassment, anger, grief, pain, suffering, ongoing bereavement, ongoing sadness,  ongoing depression and  severe emotional  injury in in mind, body, and soul regarding the unlawful vicious taking of Plaintiff's deceased mother house. See Exhibits A, B, C, D, E, F.

153.   Plaintiff is entitled  to compensatory damages and other remedies available under the common law.

1
2
3
4          **PRAYER FOR RELIEF**

5
6          WHEREFORE, Plaintiff, Lillie M. Middlebrooks, respectfully prays this

7     Court for the following relief:

8
9          A)     Order directing the City of Macon-Bibb County, Georgia to cancel
                  and to expunge Sherlice Morgan's quit claim deed recorded in Deed
10                Book 10825, Pages 1, 2, 3, 4, in the Clerk's Office at the Superior
                  Court of Bibb County;
11
12         B)     Order directing the City of Macon-Bibb County, Georgia to reinstate
                  Shirley Hill Middlebrooks's deed dated September 3, 1980 and
13                recorded in Deed Book 1389, page 73, in the Clerk's Office of the
14                Superior Court of Bibb County;
15
16         C)     Order directing the City of Macon-Bibb County, Georgia to update
                  the recorder of deeds' public records database showing Shirley Hill
17                Middlebrooks as the owner for the house, land, and property located
18                at 579 Villa Esta Circle, Macon-Bibb County, Georgia;
19
20         D)     Order directing Erica L. Woodford to cancel and to expunge Sherlice
                  Morgan's quit claim deed recorded in Deed Book 10825, Pages 1, 2,
21                3, 4, in the Clerk's Office at the Superior Court of Bibb County;
22
23         E)     Order directing Erica L. Woodford to reinstate Shirley Hill
                  Middlebrooks's deed dated September 3, 1980 and recorded in Deed
24                Book 1389, page 73, in the Clerk's Office of the Superior Court of
25                Bibb County;
26
27         F)     Order directing Erica L. Woodford to update the recorder of deeds'
                  public records database showing Shirley Hill Middlebrooks as the
                  owner for the house, land, and property located at 579 Villa Esta
28                Circle, Macon-Bibb County, Georgia;

                                        59

G)    Order directing the Macon-Bibb County Board of Tax Assessors Office to update its public records database showing Shirley Hill Middlebrooks as the owner for the house land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia;

H)    Order directing the Macon-Bibb County Tax Commissioner Office and Samuel Wade McCord to update the Macon Bibb County Tax Commissioner Office's public records database showing Shirley Hill Middlebrooks as the owner for the house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia;

I)    Order directing the City of Macon-Bibb County, Georgia to train their employees in the Real Estate Department of Macon-Bibb County Government and employees in the Macon-Bibb Board of Tax Assessors Office to obey O.C.G.A. § 44-5-30 when transferring ownership of real estate property in Macon-Bibb County, Georgia;

J)    Order directing the Macon-Bibb County Tax Commissioner Officer and Samuel Wade McCord to train their employees in the Macon Bibb County Tax Commissioner Officer to obey O.C.G.A. § 44-5-30 when transferring ownership of real estate property in Macon-Bibb County, Georgia;

K)    Order directing the City of Macon Bibb County, Georgia to prosecute and charge Sherlice Morgan for filing and recording a fraudulent quit claim deed in the Superior Court of Bibb County Clerk's Office to steal the house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County in violation of O.C.G.A. § 44-2-43

L)    Order directing the City of Macon-Bibb County, Georgia to prosecute and charge Sherlice Morgan with felony theft by stealing the house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia in violation of O.C.G.A. § 16-8-2;

M)    Order directing the City of Macon-Bibb County, Georgia to have the Sheriff of Bibb County to evict Sherlice Morgan and all other tenants

from the house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia in violation of O.C.G.A. § 16-8-2;

N)  Order directing the City of Macon-Bibb County, Georgia to have the Sheriff of Bibb County to give a no trespassing notice to Sherlice Morgan and all other tenants regarding the house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia in violation of O.C.G.A. § 16-8-2

O)  A judgement giving Plaintiff the possession of the house, land, and property located at 579 Villa Esta Circle, Macon-Bibb County, Georgia;

P)  A judgement awarding actual damages and out of pocket expenses to Plaintiff in an amount to be proved at trial against all Defendants;

Q)  A judgement awarding compensatory damages for non-pecuniary harm to Plaintiff against all Defendants;

R)  A judgment awarding costs and attorneys' fees to Plaintiff against all Defendants;

S)  Such other and further relief as this Court deems just and proper.

Date: February 28, 2023          By: *Lillie M. Middlebrooks*

Lillie M. Middlebrooks, *pro se*
P.O. Box 1152
Rome, Georgia 30162

1

## **DEMAND FOR JURY TRIAL**

2      Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff

3

hereby demands a trial by jury on all claims so triable.

4

5

Date: February 28,  2023                    By: *Lillie M. Middlebrooks*

6                                                     Lillie M. Middlebrooks, *pro se*

7                                                     P.O. Box 1152

                                                      Rome, Georgia 3016

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28